No. 92–814. PEPPER BURNS INSULATION, INC. *v.* ARTCO CONTRACTING, INC. C. A. 4th Cir. Certiorari denied. ■■

No. 92–818. LEMELSON *v.* MATTEL, INC. C. A. Fed. Cir. Certiorari denied. 

No. 92–820. FERNANDEZ *v.* SCULLY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 92–821. BAYH, GOVERNOR OF INDIANA, ET AL. *v.* GOVERNMENT SUPPLIERS CONSOLIDATING SERVICES, INC., ET AL. C. A. 7th Cir. Certiorari denied. 

No. 92–822. MCFARLAND ET AL. *v.* CHENEY, SECRETARY OF DEFENSE, ET AL. C. A. D. C. Cir. Certiorari denied. 

No. 92–823. WOODS *v.* DUNLOP TIRE CORP. C. A. 2d Cir. Certiorari denied. 

No. 92–826. SNELLING *v.* WESTHOFF ET AL. C. A. 8th Cir. Certiorari denied. 

No. 92–829. MOUNTAIN WATER CO. *v.* MONTANA DEPARTMENT OF PUBLIC SERVICE REGULATION ET AL. Sup. Ct. Mont. Certiorari denied. 

No. 92–831. BETHLEHEM STEEL CORP. ET AL. *v.* GRANT ET AL. C. A. 2d Cir. Certiorari denied. 

No. 92–832. GUZOWSKI ET AL. *v.* HARTMAN ET AL. C. A. 6th Cir. Certiorari denied. 

No. 92–834. LEVASSEUR *v.* MASSACHUSETTS. App. Ct. Mass. Certiorari denied. 

No. 92–835. SMITH *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 92–836. PELUSO *v.* ALLEN ET AL. Ct. App. Ky. Certiorari denied.

No. 92–839. FREIGHTCOR SERVICES, INC. *v.* VITRO PACKAGING, INC. C. A. 5th Cir. Certiorari denied.